**Francis Scott CLEMENT, Plaintiff–Appellant,**

**v.**

**James Jim GOMEZ, Director, Department of Corrections of California; et al., Defendants–Appellees.**

**No. 00–15686.**

**D.C. No. CV–97–00382–MJJ.**

United States Court of Appeals, Ninth Circuit.

Submitted April 9, 2001.*

Decided April 18, 2001.

Before CANBY, KOZINSKI, and RYMER, Circuit Judges.

MEMORANDUM **

Francis Scott Clement, a California state prisoner, appeals pro se the district court's summary judgment in his 42 U.S.C. § 1983 action alleging that prison officials retaliated against him in violation of his right to petition the government for redress of grievances. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Barnett v. Centoni,* 31 F.3d 813, 815 (9th Cir.1994) (per curiam), and affirm, *see Resnick v. Hayes,* 213 F.3d 443, 449 (9th Cir.2000).

AFFIRMED.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.